1  ROCKWELL, KELLY & DUARTE, LLP
   By: Sharon E. Kelly
2  State Bar No. 187936
   P.O. Box 0142
3  Modesto, CA  95353-0142
   Telephone: (209) 521-2552
4  FAX: (209) 526-7898

5  Attorneys for Plaintiff

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12 VERNA MOORE,                        NO. 1:12-CV-00811-GSA

13         Plaintiff,

14 vs.                                 STIPULATION AND ORDER
                                       TO EXTEND TIME
15 MICHAEL ASTRUE, Commissioner
   of Social Security,
16
           Defendant.
17

18

19     IT IS HEREBY STIPULATED by and between the parties, subject

20 to the approval of the Court, that time to serve plaintiff's

21 letter brief be extended from November 1, 2012 to December 6,

22 2012, and that defendant's response will be due January 28, 2013.

23 Defendant will be out of the office approximately from December

24 14, 2012 to January 15, 2013, and unable to respond at an earlier

25 date.

26 ///

27 ///

28 ///

This is plaintiff's first request for an extension of time. Plaintiff's attorney recently returned to work after a death in the family and requests additional time to further review the file and prepare the letter brief.

                                      Respectfully submitted,

Dated: October 30, 2012      By */s/ Sharon E. Kelly*
                                    Sharon E. Kelly
                                    Attorney for Plaintiff

Dated: October 30, 2012      Benjamin B. Wagner
                                    United States Attorney

                                    By */s/ Armand Roth*
                                    (As authorized via email)
                                    Armand Roth
                                    Special Assistant U.S. Attorney

**ORDER**

The Court adopts the parties' stipulation. Plaintiff's confidential letter brief is due December 6, 2012. Defendant's response is due January 28, 2013. All other deadlines regarding the filing of the opening brief, the opposition, and reply that are outlined in the scheduling order issued on May 17, 2012 remain in full force and effect. (Doc. 4).

2

IT IS SO ORDERED.

Dated:  October 31, 2012                    /s/ Gary S. Austin
                                         UNITED STATES MAGISTRATE JUDGE