```
ROCKWELL, KELLY & DUARTE, LLP
By: Sharon E. Kelly
State Bar No. 187936
P.O. Box 0142
Modesto, CA  95353-0142
Telephone: (209) 521-2552
FAX: (209) 526-7898
```

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNA MOORE,<br><br>      Plaintiff,<br><br>vs.<br><br>MICHAEL ASTRUE, Commissioner of Social Security,<br><br>      Defendant. | NO. 1:12-CV-00811-GSA<br><br><br>STIPULATION AND ORDER TO EXTEND TIME |

    IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that time to serve plaintiff's letter brief be extended from November 1, 2012 to December 6, 2012, and that defendant's response will be due January 28, 2013. Defendant will be out of the office approximately from December 14, 2012 to January 15, 2013, and unable to respond at an earlier date.

///

///

///

1    This is plaintiff's first request for an extension of time.
2 Plaintiff's attorney recently returned to work after a death in
3 the family and requests additional time to further review the file
4 and prepare the letter brief.

5                                        Respectfully submitted,

7 Dated: October 30, 2012         By */s/ Sharon E. Kelly*
                                     Sharon E. Kelly
8                                    Attorney for Plaintiff

10 Dated: October 30, 2012        Benjamin B. Wagner
                                  United States Attorney

12                                By */s/ Armand Roth*
                                  (As authorized via email)
13                                Armand Roth
                                  Special Assistant U.S. Attorney

15                                **ORDER**

16    The Court adopts the parties' stipulation.  Plaintiff's
17 confidential letter brief is due December 6, 2012.  Defendant's
18 response is due January 28, 2013.  All other deadlines regarding
19 the filing of the opening brief, the opposition, and reply that
20 are outlined in the scheduling order issued on May 17, 2012
21 remain in full force and effect.  (Doc. 4).

IT IS SO ORDERED.

Dated: __October 31, 2012__     ____/s/ Gary S. Austin____
                                 UNITED STATES MAGISTRATE JUDGE